Pro Se 1 (Rev. 12/16) Amended Complaint for a Civil Case

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 3 0 2025

DANIEL J. McCOY, CLERK

BY:_____

MATTHEW SIMS                                  *

       Plaintiff,                          * Civil Action No. 3:25-CV-00666-JE-KDM

VERSUS                                        * Judge Jerry Edwards, Jr.

STEVEN TEW, RICKY D.SMITH,                    *
ROSS LAMBERT, VICTOR ZORDAN,                  *
MONROE POLICE DEPARTMENT, AND
THE 4TH DISCTRICT JUDICIAL DISCTRICT
ATTORNEY'S OFFICE

       Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR A CIVIL CASE**

## I.  The Parties to this complaint

1.  **The Plaintiff**
    Name: Mathew Simms
    Street Address: 32 Mockingbird Dr.
    State and Zip Code: Michigan 48359
    City and County:  Lake Orion
    Telephone number: 318-600-0895
    Email Address: msims2515@gmail.com

    **Defendant No. 1**
    Name: Steven Tew
    Job or Title: District Attorney
    Street Address: 400 St. John St.
    State and Zip Code: LA, 71201

Pro Se 1 (Rev. 12/16) Amended Complaint for a Civil Case

City and County: Monroe
Telephone number: 318-366-4720
Email Address: N/A

**Defendant No. 2**
Name: Ricky D. Smith
Job or Title: Assistant District Attorney
Street Address: 400 St. John St.
State and Zip Code: LA, 71201
City and County: Monroe
Telephone number: 318-388-4720
Email Address: N/A

**Defendant No. 3**
Name: Ross Lambert
Job or Title: Ross Lambert
Street Address: 700 Wood St.
State and Zip Code: LA 71201
City and County: Monroe
Telephone number: 318-329-2600
Email Address: N/A

**Defendant No. 4**
Name: Victor Zordan
Job or Title: Police Chief
Street Address: 700 Wood St.
State and Zip Code: LA, 71201
City and County: Monroe
Telephone number: 318-329-2600
Email Address: N/A

**Defendant No. 5**
Name: Monroe Police Department
Street Address: 700 Wood St
State and Zip Code: LA 71201
City and County: Monroe
Telephone number: 318-329-2600
Email Address: N/A

**Defendant No. 6**
Name: 4th District Judicial Attorney's Office
Street Address: 300 St John Street
State and Zip Code: LA 71201

Pro Se 1 (Rev. 12/16) Amended Complaint for a Civil Case

City and County: <u>Monroe</u>
Telephone number: <u>318-329-2600</u>
Email Address: N/A

## II. Basis For Jurisdiction

### A. Jurisdiction Is A Federal Question

The specific federal statues, federal treaties, and/or provisions of the United States Constitution that are at issue in this case:
1.  42 U.S.C §1983
2.  The Fourth Amendment
3.  The Fifth Amendment

## III. Statement of Claim

1.  Instead of properly investigating the case, Detective Ross Lambert simply accepted a false report that conflicts with bodycam footage and sworn testimony.

2.  On 2-8-22, two years after the initial arrest, the Assistant District Attorney upgraded the Charge, based on his own conducted investigation. However, had a proper investigation been conducted, he would have seen conflicting statements, coming from the arresting officer, as well as the alleged victim. On 4/19/23, a second felony charge was added. The actions of all defendants, especially but not limited to defendant ADA Ricky Smith by law, disqualifies their qualified immunity statute. In this matter, this is the most prime example of malicious prosecution perpetrated against the plaintiff.

## IV. Relief

1. The defendants in this matter be cast with all costs associated with the expungement of case #CR28898-2 from plaintiff's record.

2.  The defendants be ordered to reimburse the plaintiff for bond posted, cost of monitoring device paid, lost wages and emotional distress.

3. Actual as well and punitive damages.

4. Plaintiff respectfully requests that the Court order Defendant to reimburse Plaintiff for actual court costs incurred in this action, including all filing fees, pursuant to applicable law, should Plaintiff prevail.

Pro Se 1 (Rev. 12/16) Amended Complaint for a Civil Case

5. Plaintiff respectfully requests that, should Plaintiff prevail, the Court order Defendant to reimburse Plaintiff for reasonable counseling or therapy fees incurred as a direct result of the harm caused by Defendant's conduct, to the extent permitted by law

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause necessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep the current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing:  9-26-25

Signature of Plaintiff  Matthew Sis

Printed Name of Plaintiff  MATTHAU SIMS

B.      **For Attorneys**

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Pro Se 1 (Rev. 12/16) Amended Complaint for a Civil Case

Street Address _32 Mockingbird Drive_

State and Zip Code _Lake Orion, Michigan 48359_

Telephone Number _318-600-0895_

E-mail Address _MSims 7515@gmail.com_