UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MATTHEW SIMS
                    *Plaintiff*

        v.

STEVEN TEW, ET AL.
                    *Defendants*

NO. 25-666

JUDGE EDWARDS

MAG. JUDGE MCCLUSKY

## MOTION TO DISMISS BY THE MONROE POLICE DEPARTMENT, CHIEF VICTOR ZORDAN, AND DETECTIVE ROSS LAMBERT

**NOW COME** the Monroe Police Department, Chief Victor Zordan, and Detective Ross Lambert, who move to dismiss Matthew Sims's suit and claims against them under Fed R. Civ. Proc. 12(b) for the following reasons, which are more fully set forth in the accompanying Memorandum in Support:

1.    The Monroe Police Department lacks capacity to be sued, because it is not a juridical entity capable of being sued under Louisiana law;

2.    Chief Victor Zordan and Detective Ross Lambert were not properly served using any method authorized by federal or state law; and

3.    Sims's Amended Complaint fails to state a claim for relief for violation of his Fourth or Fifth Amendment rights, and even if it did, Chief Zordan and Detective Lambert are entitled to qualified immunity.

**WHEREFORE**, the premises considered, the Monroe Police Department, Chief Victor Zordan, and Detective Ross Lambert, pray that after due consideration and proceedings, judgment be entered in their favor dismissing Matthew Sims's claims against them with prejudice at his cost.

*/s/ Brandon W. Creekbaum*
Brandon W. Creekbaum, La. No. 33791
Sydnee C. Clary, La. No. 40325
CITY OF MONROE, LEGAL DEPT.
400 Lea Joyner Memorial Expressway
Monroe, Louisiana 71201
Tel: (318) 329-2240
Brandon.Creekbaum@ci.monroe.la.us
*Attorneys for City Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, a copy of the foregoing motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing, and all exhibits and attachments, will be sent to all counsel by operation of the Court's electronic filing system.  This filing was also mailed to the following parties:

Mr. Matthew Sims
32 Mockingbird Drive
Lake Orion, MI 48359
*Pro Se Plaintiff*

BY:     */s/ Brandon W. Creekbaum*
          Brandon W. Creekbaum